# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 3, 2020

## NO. 03-18-00766-CR

**Bryan Wayne Whillhite, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgments adjudicating guilt rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgments. Therefore, the Court affirms the trial court's judgments adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.